UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES - GENERAL

Case No. SACV 10-01350-CJC(MLGx)                    Date: September 10, 2010

Title: <u>DUANE-MERLIN CAMPBELL, ETC., V. THE PEOPLE OF THE STATE OF CALIFORNIA, ETC., ET AL.</u>
========================================================================

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                         <u>   N/A   </u>
Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

   None Present                           None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING COMPLAINT AND PLEADINGS WITHOUT PREJUDICE** [filed 09/9/10]

   The Court on its own motion dismisses without prejudice the complaint and pleadings filed by Pro Se Plaintiff Duane-Merlin Campbell. The Complaint and pleadings are unintelligible, confusing, not in conformity with the pleading and formatting requirement of the Federal Rules of Civil Procedure or the Local Rules of the Central District, and fail to allege sufficient facts to state a cognizable claim for relief in federal court.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                           Initials of Deputy Clerk   MU